No. 467. LATSHAW, JUDGE, *v.* MISSOURI EX REL. KANSAS CITY PUBLIC SERVICE CO. Jurisdictional statement submitted November 24, 1930. Decided December 1, 1930. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied.

In view of this disposition of the case the Court does not pass upon the motion of the City of Kansas City, Missouri, for leave to intervene and to be made a party appellant in this cause. *Mr. Marcy K. Brown, Jr.,* for appellant. *Messrs. Robert W. Otto, Richard J. Higgins, Henry N. Ess,* and *Powell C. Groner* for appellee.

No. —, original. EX PARTE JOHNSON OIL REFINING CO. Submitted December 1, 1930. Decided December 8, 1930. The motion for leave to file petition for writ of mandamus is denied. *Mr. Chester I. Long* for petitioner.

No. 499. THOMAS *v.* GEORGIA. Jurisdictional statement submitted December 1, 1930. Decided December 8, 1930. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237(a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for certiorari, as required by § 237(c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Benjamin E. Pierce* for appellant. *Messrs. George M. Napier* and *T. R. Gress* for appellee.